UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE MASON and THOMAS MASON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA,[1] )<br>)<br>Defendant. )<br>) | 05cv10811 NG<br>CIVIL ACTION<br>NO. |

RECEIPT #_____
AMOUNT $ N/A
SUMMONS ISSUED N/A
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK. MP
DATE 4/22/05

## NOTICE OF REMOVAL

MAGISTRATE JUDGE JLA

The Defendant, United States of America on behalf of its agency, Federal Emergency Management Agency ("FEMA"), by and through his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby gives notice pursuant to 28 U.S.C. § 1446(a) of its removal of this lawsuit to the United States District Court for the District of Massachusetts.

Removal of this action is proper pursuant to 28 U.S.C. § 1441(a)[2] and 42 U.S.C. § 4072.

---

[1] Plaintiff improperly named the National Con-Serv., Inc. a national flood insurance servicing agent for the Federal Emergency Agency.

[2] Section 1441(a) states (in relevant part): "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

The defendant has attached copies of all state court pleadings received to date to this Notice. The defendant is not aware of any other Notice of Removal of this action.

WHEREFORE, the defendant requests that this action be entered upon the docket of this Court and, upon filing a copy of this Notice with the Clerk of the Plymouth County, Small Claims Court, Wareham District, that the Small Claims Court shall proceed no further.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:
                                              /s/ Anita Johnson
                                              Anita Johnson
                                              Assistant U.S. Attorney
                                              U. S. Attorney's Office
                                              John Joseph Moakley U.S. Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3282

### CERTIFICATE OF SERVICE

I hereby certify that on this day, I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first-class mail to the plaintiffs *(pro se)*, Anne Mason and Thomas Mason, Box 1136, 368 Bedford Street, Lakeville, MA 02347.

                                              /s/ Anita Johnson
                                              Anita Johnson

Dated: April 22, 2005

| OF SMALL CLAIM NOTICE OF TRIAL | Court Use Only | DOCKET NO. 0460 SC 1880 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|
| ☐ BOSTON MUNICIPAL COURT ___ Division | ☐ DISTRICT COURT WAREHAM ___ Division | | ☐ HOUSING COURT ___ Division |

| PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE | PLAINTIFF'S ATTORNEY (if any) |
|---|---|
| ~~Winifred~~ Anne Mason  Box 1136 Thomas Mason  368 Bedford St., Lakeville, MA 02347  PHONE NO: 508-923-0256 | Name: Thomas R. Mason  Address: ~~Box 1136, 368 Bedford St. Lakeville, MA 02347~~  PHONE NO: 508-998-0566    BBO NO: |

| DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE | ADDITIONAL DEFENDANT (if any) |
|---|---|
| National Con-Serv, Inc.  National Flood Insurance  PO Box 6468, Rockville, MD  PHONE NO: | Name: ___  Address: ___  PHONE NO: |

**PLAINTIFF'S CLAIM.** The defendant owes $ 661.05 plus $ 40.- court costs for the following reasons: Give the date of the event that is the basis of your claim.

Plaintiffs purchased flood insurance from ~~their~~ the defendant, National Con-Serv. The plaintiffs prepaid his/her yearly premium, but, before the year expired, cancelled the policy, which is his/her right. Employees for the ~~plaintiff~~ his defendant have agreed to refund the amount owed; but for more than a year, refused to abide by its promise.

SIGNATURE OF PLAINTIFF X ___    DATE ___

**MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☒ The plaintiff is willing to attempt to settle this claim through court mediation.

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X Thomas Mason    12-15-04
SIGNATURE OF PLAINTIFF    DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

NAME AND ADDRESS OF COURT
**WAREHAM DISTRICT COURT**
**2200 CRANBERRY HIGHWAY**
**W. WAREHAM, MA 02576**

DATE AND TIME OF TRIAL:
3/3/05    1:00 P.M.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ANNE MASON and THOMAS MASON,

**DEFENDANTS**
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff: **Plymouth**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro se - pro se plaintiffs, Anne Mason and Thomas Mason
Box 1136, 368 Bedford Street
Lakeville, MA 02347
(508) 923-0256

Attorneys (If Known)
Anita Johnson, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210    (617) 748-3282

**05 CV 10811 NG**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury-Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury-Product Liability | 625 Drug Related Seizure of Property 21 USC | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine / PERSONAL PROPERTY | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | | 864 SSID Title XVI | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment / Habeas Corpus: | 740 Railway Labor Act | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | / 535 Death Penalty | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | |
| 245 Tort Product Liability | 444 Welfare / 540 Mandamus & Other | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 440 Other Civil Rights / 550 Civil Rights | | | 890 Other Statutory Actions |
| | / 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Claim under Nat'l Flood Ins. Act, 42 USC 4001, et seq.; a lawsuit can only be filed in the Fed. Dist. Ct after disallowance of a claim - 42 USC 4072

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 701.05

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 04-22-2005
SIGNATURE OF ATTORNEY OF RECORD: *Anita Johnson AUSA*

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Mason, et al.__ v. __United States of America__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
             *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   _X_ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V.    150, 152, 153.

   **05 CV 10811 NG**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐    NO **X**

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐    NO **X**

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐    NO **X**

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES **X**    NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division **X**    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐    NO **X**

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME ___Anita Johnson, Assistant U.S. Attorney___
ADDRESS ___U.S. Attorney's Office, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210___
TELEPHONE NO. ___(617) 748-3282___

(Category Sheet.wpd - 10/17/02)