UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANNE MASON and THOMAS MASON,    )
        Plaintiffs,          )
                       )    CIVIL ACTION
v.                    )    NO. #05-10811-NG
                       )
UNITED STATES OF AMERICA,    )
        Defendant.          )

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to

copies of the state court pleadings received from the Clerk of the Wareham District

Court, Small Claims Court, Plymouth County, were filed with the United States District

Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY


BY: _Anita Johnson_____

Anita Johnson
Assistant U. S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3282

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on
__June 14, 2005__

_Anita Johnson_
Assistant U.S. Attorney

| Small Claims DOCKET | DOCKET NUMBER 200460SC001880 | Trial Court of Massachusetts District Court Department |
|---|---|---|

**CASE NAME**
ANNE MASON vs. NATIONAL CON-SERV., INC.

**CURRENT COURT**
Wareham District Court
2200 Cranberry Hwy
West Wareham, MA 02576-1298
(508) 295-8300

| ASSOCIATED DOCKET NO. | DATE FILED 12/21/2004 | DATE DISPOSED 03/03/2005 | |
|---|---|---|---|

**PLAINTIFF(S)**

P01   ANNE MASON
BOX 1136
368 BEDFORD STREET
LAKEVILLE, MA 02347

P02   THOMAS MASON

**PLAINTIFF'S ATTORNEY**

**DEFENDANT(S)/OTHER SINGLE PARTIES**

D01   NATIONAL CON-SERV., INC.
NATIONAL FLOOD INSURANCE
PO BX 6468
ROCKVILLE, MD

**DEFENDANT'S ATTORNEY**

ANITA L. JOHNSON
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY
BOSTON, MA 02210
(617) 748-3266

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 12/21/2004 | Statement of Small Claim entered on 12/21/2004 at Wareham District Court. |
| 2 | 12/21/2004 | Filing fee of $30.00 and surcharge of $10.00 paid (G.L. c.218 §22; 262 §4C). |
| 3 | 12/21/2004 | MAGISTRATE TRIAL SCHEDULED for 03/03/2005 01:00 PM. |
| 4 | 12/21/2004 | Small claim notice of trial issued to plaintiff(s) by first class mail, and to defendant(s) by first class mail (Uniform Small Claims Rule 3(a)). |
| 5 | 03/03/2005 | Judgment for P01 ANNE MASON & P02 THOMAS MASON to recover of D01 NATIONAL CON-SERV., INC. after default the sum of $661.05 plus prejudgment interest of $15.65 and costs of $40.00 for judgment total of $716.70 ( Manchester, C-M Daryl G. ) parties notified. |
| 6 | 03/03/2005 | PAYMENT REVIEW SCHEDULED FOR 04/07/2005 01:00 PM. |
| 7 | 03/03/2005 | Payment order to pay total amount by 04/04/2005 ( Manchester, C-M Daryl G. ) . |

| Page 1 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK  X | DATE |
|---|---|---|---|

Date/Time Printed: 06/08/2005 02:47 PM

| | DOCKET CONTINUATION | DOCKET NUMBER 200460SC001880 |
|---|---|---|

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 04/07/2005 | PAYMENT REVIEW SCHEDULED on 4/7/05 CANCELED. Reason: Brought forward. (Defendant to file Motion to Vacate) |
| 9 | 04/07/2005 | Case Inactivated: No future events scheduled. |
| 10 | 06/08/2005 | Case dismissed-Removed to U.S. District Court by Defendant |
| 11 | 06/08/2005 | Appearance for National Con-serv., Inc. filed by Attorney ANITA L. JOHNSON United States Courthouse One Courthouse Way Boston MA 02210 BBO# 565540 |

| Page 2 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK  X | DATE |
|---|---|---|---|

Date/Time Printed: 06/08/2005 02:47 PM

| JUDGMENT FOR PLAIN...(S) | DOCKET NUMBER<br>200460SC001880 | Tr... Court of Massachusetts<br>Di...ct Court Department<br>Small Claims Session |  |
|---|---|---|---|

CASE NAME   **ANNE MASON vs. NATIONAL CON-SERV., INC.**

| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT | CURRENT COURT |
|---|---|
| P01 ANNE MASON<br>P02 THOMAS MASON | Wareham District Court<br>2200 Cranberry Hwy<br>West Wareham, MA 02576-1298<br>(508) 295-8300 |

| DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT | PAYMENT REVIEW SCHEDULED for<br>04/07/2005 01:00 PM. | ←←←←<br>WHEN<br>YOU<br>MUST<br>APPEAR<br>←←←← |
|---|---|---|
| D01 NATIONAL CON-SERV., INC. | ROOM/SESSION<br>**First Session** | |

| PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED | FURTHER ORDERS OF THE COURT |
|---|---|
| COURT COPY | |

| ATTORNEY FOR PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED | |
|---|---|
| COURT COPY | |

On the above claim, after default, the Court has entered JUDGMENT IN FAVOR OF THE PLAINTIFF(s) listed above.

The defendant(s) must pay the plaintiff(s) the "Judgment Total" shown below, plus additional postjudgment interest under General Laws c. 235 § 8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment. The defendant(s) is required by law to pay the plaintiff(s) that total amount.
Unless the defendant(s) failed to appear, the defendant(s) has a right of appeal within 10 days after receiving notice of this judgment. See the enclosed instructions for additional information.
The Court also issued a PAYMENT ORDER ordering the defendant(s) to pay the total amount by 04/04/2005.

The Court also scheduled this matter for a next event on the date shown above, at which both parties must appear unless excused. **The defendant(s) is subject to arrest for failing to appear.** See the enclosed instructions.

| 1. Date of Breach, Demand or Complaint | | 12/21/04 |
|---|---|---|
| 2. Date Judgment Entered | | 3/3/05 |
| 3. Number of Days of Prejudgment Interest  *(Line 2 - Line 1)* | | 72 |
| 4. Annual Interest Rate of  12.00%/ 365 = Daily Interest Rate | A TRUE COPY ATTEST | 0.032877% |
| 5. Single Damages | | $661.05 |
| 6. Prejudgment Interest    *(lines 3x4x5)* | CLERK MAGISTRATE | $15.65 |
| 7. Double or Treble Damages Awarded by Court *(where authorized by law)* | DISTRICT COURT DEPT. | $0.00 |
| 8. Costs | Filing Fee & Surcharge   *(G.L. c. 218 § 23 & c. 262 § 4C)* | $40.00 |
| 9. | Attorney Fees Awarded by Court *(where authorized by law)* | $0.00 |
| 10. | Other Costs Awarded by Court | $0.00 |
| **11. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)**    *(lines 5+6+7+8+9+10)* | | **$716.70** |

| DATE JUDGMENT ENTERED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 3/3/05 | **X** |

Date/Time Printed: 03/03/2005 02:42 PM                                                                 FORM NO.

| DISTRICT COURT DEPT. DIVISION: | DOCKET. NO. | SMALL CLAIMS : POSITION WORKSHEET |
|---|---|---|
| PLAINTIFF'S NAME: | | DEFENDANT'S NAME: |

**DISPOSITION OF MOTION:**

Moving Party:  ( ) Plaintiff _____          Type of Motion:

            ( ) Defendant _____

Upon Review:          ( ) Allowed.

                      ( ) Allowed without opposition or moving party not present.

                      ( ) Denied.
                      ( ) Denied with prejudice.

Miscellaneous
Conditions:_____

_____

Continuance Date (if any):_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER FOR  JUDGMENT AND PAYMENT:**       Tape Reel No. _____ Start_____ End_____

After hearing on  3|3|04         :

Judgment for:  (X) Plaintiff         By: (X) Default
                                     ( ) After Magistrate Trial
         ( ) Defendant           ( ) After Trial by Judge _____
                                      ( ) After Trial by Jury
                                      ( ) Agreement of the parties

FOR:  $ 661.05    Damages
       $_____ Double/Treble Damage amount     ( ) Interest to be assessed at
       $ 40    Costs                     12 % or at statutory rate
       $_____ Attorney Fee
       $ 701.05   Judgment Total          ( ) Judgment to be joint and several.

ON COUNTERCLAIM:  ( ) Counterclaim dismissed.

                 ( ) Judgment against _____ in the sum of $_____

PAYMENT ORDERED AS FOLLOWS:
                            30 days

_____

_____

PAYMENT REVIEW DATE (if any): _4/7/05_

A TRUE COPY ATTEST

... COURT DEPT

| Date of Disposition: | Justice/Clerk-Magistrate |
|---|---|
| 3/3/05 | |

STATEMENT OF SMALL ~~CLAIMS~~
AND NOTICE OF TRIAL

0460 SC 1880

**Trial Court of Massachusetts**
**Small Claims Session**

| PART 1 | BOSTON MUNICIPAL COURT | DISTRICT COURT WAREHAM _____ Division | HOUSING COURT _____ Division |

**PART 2**

PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Thomasina Ann Mason
Box 1136    Thomas Mason
365 Bedford St, Lakeville, MA 02347
PHONE NO: 508-923-0256

PLAINTIFF'S ATTORNEY (if any)
Name: Thomas R. Mason
Address: ~~Box 1136~~ 365 Bedford St.
~~Lakeville, MA 02347~~
PHONE NO: 508-998-0566    BBO NO:

**PART 3**

DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
National Con-Serv, Inc.
National Flood Insurance
PO Box 6468, Rockville, MD
PHONE NO:

ADDITIONAL DEFENDANT (if any)
Name: _____
Address: _____
PHONE NO:

A TRUE COPY ATTEST
Doug Monckton
CLERK MAGISTRATE
~~WAREHAM DIVISION~~
DISTRICT COURT DEPT.

**PART 4**

**PLAINTIFF'S CLAIM.** The defendant owes $ 661.05 plus $ 40.- court costs for the following reasons: Give the date of the event that is the basis of your claim.

Plaintiffs purchased flood insurance from ~~your~~ the defendant, National Con-Serv. The plaintiffs prepaid his/her yearly premium, but, before the year expired, cancelled the policy, which is his/her Right. Employees for the ~~plaintiff~~ the defendant have agreed to refund the amount owed; but for more than a year, refused to abide by its promise

SIGNATURE OF PLAINTIFF  X _____    DATE _____

**PART 5**

**MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☒ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X _Thomas Mason_    12-15-04
SIGNATURE OF PLAINTIFF    DATE

**NOTICE OF TRIAL**

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
**WAREHAM DISTRICT COURT**
**2200 CRANBERRY HIGHWAY**
**W. WAREHAM, MA  02576**

DATE AND TIME OF TRIAL
3/3/05    AT    1:00 P.M.
DATE 1ST SESSION TIME
ROOM NO.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

▲ COURT USE ONLY ▼

COURT COPY

FIRST JUSTICE
HON. ROSEMARY B. MINEHAN

CLERK-MAGISTRATE OR DESIGNEE
DOROTHY BRETON

**INSTRUCTIONS FOR FILING A SMALL CLAIM** — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)    ATENCION  ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.

WAREHAM DISTRICT
SMALL CLAIMS COURT
No. 200460SC001880

```
                                          )
ANNE MASON and THOMAS MASON,              )
                                          )
          Plaintiffs,                     )
                                          )
v.                                        )
                                          )
NATIONAL CON-SERV., INC.¹                 )
                                          )
          Defendant.                      )
                                          )
```

**NOTICE OF FILING**
**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on April 22, 2005, the defendant, United States of

America on behalf of its agency, Federal Emergency Management Agency ("FEMA")

through its attorney, Michael J. Sullivan, United States Attorney for the District of

Massachusetts, filed a Notice of Removal of this action to the United States District Court

for the District of Massachusetts.

---

[1] Plaintiff improperly named the National Con-Serv., Inc., a national flood insurance
servicing agent for the Federal Emergency Management Agency. The United States of America
is the proper named defendant.

RECEIVED
APR 25 2005
DISTRICT COURT DEPT
WAREHAM DIVISION

A copy of the Notice Of Removal is attached.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

_Anita Johnson_

Anita Johnson (BBO#565540)
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first-class mail to the *pro se* plaintiffs, Anne Mason and Thomas Mason, Box 1136, 368 Bedford Street, Lakeville, MA 02347.

_Anita Johnson_

Anita Johnson

Dated: April 22, 2005

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANNE MASON and THOMAS MASON, | ) | 05-10811-NG |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) | CIVIL ACTION |
| v. | ) | NO. |
|  | ) |  |
| UNITED STATES OF AMERICA,[1] | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**COPY**

I hereby certify on 4/28/05 that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on 4/28/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By:_____
Deputy Clerk

## NOTICE OF REMOVAL

The Defendant, United States of America on behalf of its agency, Federal

Emergency Management Agency ("FEMA"), by and through his attorney, Michael J.

Sullivan, United States Attorney for the District of Massachusetts, hereby gives notice

pursuant to 28 U.S.C. § 1446(a) of its removal of this lawsuit to the United States District

Court for the District of Massachusetts.

Removal of this action is proper pursuant to 28 U.S.C. § 1441(a)[2] and 42 U.S.C.

§ 4072.

---

[1]     Plaintiff improperly named the National Con-Serv., Inc. a national flood insurance servicing agent for the Federal Emergency Agency.

[2]     Section 1441(a) states (in relevant part): "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

The defendant has attached copies of all state court pleadings received to date to this Notice. The defendant is not aware of any other Notice of Removal of this action.

WHEREFORE, the defendant requests that this action be entered upon the docket of this Court and, upon filing a copy of this Notice with the Clerk of the Plymouth County, Small Claims Court, Wareham District, that the Small Claims Court shall proceed no further.

<div align="center" style="margin-left:40%">

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

</div>

By:    _Anita Johnson_
          Anita Johnson
          Assistant U.S. Attorney
          U. S. Attorney's Office
          John Joseph Moakley U.S. Courthouse
          1 Courthouse Way, Suite 9200
          Boston, MA 02210
          (617) 748-3282

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first-class mail to the plaintiffs *(pro se)*, Anne Mason and Thomas Mason, Box 1136, 368 Bedford Street, Lakeville, MA 02347.

_Anita Johnson_
Anita Johnson

Dated: April 22, 2005

04/06/2005 16:04 FAX                    OGC

| OF SMALL CLAI<br>NOTICE OF TRIAL<br>BOSTON MUNICIPAL<br>COURT | For Court<br>Use Only.<br>→ | DOCKET NO.<br>0460 SC 1880 | ial Court of Massachusetts<br>Small Claims Session |
|---|---|---|---|
| | | ☐ DISTRICT COURT<br>WAREHAM ___ Division | ☐ HOUSING COURT<br>___ Division |

**PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
~~Primavera~~ Anne Mason
Box 1136    Thomas Mason
368 Bedford St., Lakeville, MA 02347
PHONE NO: 508-923-0256

**PLAINTIFF'S ATTORNEY (if any)**
Name: ~~Thomas R Mason~~
Address: ~~Box 1136, 368 Bedford St.~~
~~Lakeville, MA 02347~~
PHONE NO: ~~508-998-0566~~    BBO NO:

**DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
National Con-Serv, Inc.
National Flood Insurance
PO Box 6468, Rockville, MD
PHONE NO:

**ADDITIONAL DEFENDANT (if any)**
Name: ___
Address: ___
PHONE NO:

**PLAINTIFF'S CLAIM.** The defendant owes $ 661.05 plus $ 40.— court costs for the following reasons:
Give the date of the event that is the basis of your claim.

Plaintiffs purchased flood insurance from ~~your~~ the defendant, National Con-Serv. The plaintiffs prepaid his/her yearly premium but, before the year expired, cancelled the policy, which is his/her right. Employees for the ~~plaintiff~~ the defendant have agreed to refund the amount owed; but for more than a year, refused to abide by its promise

SIGNATURE OF PLAINTIFF  X                                           DATE

**MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☑ The plaintiff is willing to attempt to settle this claim through court mediation.

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X _Thomas Mason_    12-15-04
SIGNATURE OF PLAINTIFF    DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

**NAME AND ADDRESS OF COURT**
WAREHAM DISTRICT COURT
2200 CRANBERRY HIGHWAY
W. WAREHAM, MA  02576

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND

DATE 3/3/05    RECEIVED    APR 2 5 2005

DISTRICT COURT DEPT
WAREHAM DIVISION

DEFENDANT'S NOTICE (FIRST CLASS MAIL OR OFFICER SERVICE) ▲ COURT USE O