UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE E. MASON,            ) | |
| )                         | |
| Plaintiff,                ) | Civ. No. 05-10811-NG |
| )                         | |
| v.                        ) | |
| )                         | |
| UNITED STATES OF AMERICA, ) | |
| )                         | |
| Defendant.                ) | |
| )                         | |
| _____) | |

## JOINT MOTION FOR DISMISSAL

The parties having reached a Consent Agreement, they jointly move for an Order dismissing the action with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

MICHAEL SULLIVAN
United States Attorney

_____
ANITA JOHNSON
Assistant United States Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, Massachusetts 02210
Telephone: (617) 748-3282

OF COUNSEL:

Darren S. Wall
Trial Attorney, Litigation
Office of General Counsel
Federal Emergency Management Agency
U.S. Department of Homeland Security

4

4

Case 1:05-cv-10811-NG    Document 5    Filed 08/05/2005    Page 2 of 2

*[Signature]*
THOMAS MASON, Esq.
Box 1136
368 Bedford Street
Lakeville, Massachusetts  02347
Telephone: (508) 998-0566
Attorney for Plaintiff, Anne E. Mason

5

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE E. MASON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Defendant.  )<br>)<br>_____ ) | Civ. No. 05-10811-NG |

### **ORDER OF DISMISSAL**

Considering the foregoing Joint Motion for Dismissal,

**IT IS HEREBY ORDERED** that the above-captioned matter be dismissed, with prejudice, each party to bear its costs and attorneys' fees.

On this_____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE