UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANNE E. MASON,              )
                            )
Plaintiff,                  )    Civ. No. 05-10811-NG
                            )
v.                          )
                            )
UNITED STATES OF AMERICA,   )
                            )
Defendant.                  )
                            )
_____)

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Dismissal,

**IT IS HEREBY ORDERED** that the above-captioned matter be dismissed, with prejudice, each party to bear its costs and attorneys' fees.

On this __8th__ day of __August__, 2005.

~~UNITED STATES DISTRICT JUDGE~~
Deputy Clerk

6